


**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| JESSE JOE CRESPIN,            )<br>              )<br>     Petitioner,    )<br>              )<br>     v.          )<br>              )<br>BRIAN HAWES, Warden,     )<br>              )<br>     Respondent.    )<br>_____) | Case No. EDCV 07-1348-AG(MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: FEBRUARY 29, 2008

_____
Andrew J. Guilford
United States District Judge